**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

| | |
|---|---|
| IN RE: Monique Ender–Silberman | CASE NO.: 24–11973–pb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–0319 | CHAPTER: 13 |

---

## Notice Rescheduling Hearing

Please take notice that the hearing on Motion to Confirm Termination or Absence of Stay Pursuant to 11 USC 362(b)(22) filed by Peter Moulinos on behalf of 710 Park Avenue Corp. and Confirmation scheduled for 1/9/2025 has been RESCHEDULED to 1/10/2025 at 10:00 AM at Videoconference (ZoomGov) (PB).

Participants must register their appearance using the Bankruptcy Court's eCourt Appearance tool no later than 4:00 PM one business day before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Court's website at https://www.nysb.uscourts.gov/ecourt–appearances.

The Court will circulate the Zoom link by email prior to the hearing.

Dated: January 3, 2025                                      Vito Genna
                                                            Clerk of the Court