# Notice Recipients

District/Off: 0208−1            User: admin                Date Created: 1/3/2025
Case: 24−11973−pb              Form ID: 143               Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Monique Ender−Silberman       710 Park Avenue       Apt 4A       New York, NY 10021

TOTAL: 1