Monique Ender Silberman
710 Park Ave, Apt 4A
New York, NY 10021

January 6th, 2025


United States Bankruptcy Court

Southern District of New York

One Bowling Green,

New York, NY 10004-1408

RE: Request for Postponement of Hearing– Docket Number: 24-11973

Dear Honorable Chief Judge Philip Bentley,


I am writing to respectfully request a postponement of my upcoming hearing scheduled for January 10th, 2025, in the matter of my bankruptcy case (Case No 24-11973).

I have recently suffered the devastating loss of my husband, who passed away on January 1, 2024. This has been an extremely difficult time for me and my son, as I am not only grieving his loss but also facing the emotional and financial challenges that have arisen in its aftermath. Not only do I have to handle this situation alone, but I also have to handle the role of mother and now father as well for my child. The overwhelming stress has significantly affected my ability to manage my affairs.

I would like to inform your honor that the 710 Park Avenue, unit #4A, has been my family residence for approximately 50 years. In approximately 2015 after the death of my father I needed to move back into the residence to take care of my mother who could not live alone.

In addition to coping with the personal tragedies I endured, I am actively seeking legal representation to assist me through this complex situation. However, due to the circumstances, securing counsel has taken longer than anticipated. I am committed to resolving this matter responsibly and believe that with adequate time I will be able to obtain the necessary legal assistance.

Thank you for your compassion and understanding during this difficult period. Your consideration of my request is deeply appreciated.

Sincerely,

Monique Ender Silberman