**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Monique Ender–Silberman                                  CASE NO.: 24–11973–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:             CHAPTER:  13
xxx–xx–0319

---

## Notice of Adjournment of Hearing

Please take notice that the hearing on Confirmation will be held 2/6/2025 at 10:00 AM at Videoconference (ZoomGov) (PB).

Participants must register their appearance using the Bankruptcy Court's eCourt Appearance tool no later than 4:00 PM one business day before the hearing. The eCourt Appearance tool is accessible on the Bankruptcy Court's website at https://www.nysb.uscourts.gov/ecourt–appearances.

The Court will circulate the Zoom link by email prior to the hearing.


Dated: January 13, 2025                                    Vito Genna
                                                          Clerk of the Court