# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208–1 | User: admin | Date Created: 1/13/2025 |
| Case: 24–11973–pb | Form ID: 143 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Monique Ender–Silberman     710 Park Avenue     Apt 4A     New York, NY 10021

TOTAL: 1